IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TYOSHA N. MONTGOMERY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-1704 |
| THE GEO GROUP, INC., *et al.*, | § § § | |
| Defendants. | § | |

**AMENDED
SCHEDULING AND
DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

1. October 1, 2013         **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
   Parties filing motions after this deadline must show good cause.

2. October 22, 2013        **DEADLINE FOR DEFENDANT TO FILE MOTION TO DISMISS**

SIGNED on August 2, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge